

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-79,801-01

### EX PARTE JASON SHAWN-MICHEAL BOOKMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 958551-A IN THE 338TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Bookman v. State*, No. 01-04-01145-CR (Tex. App.—Houston [1st Dist.] 2007, no pet.).

Applicant contends that trial and appellate counsel rendered ineffective assistance. We find that the trial court improperly ordered Applicant's sentence to run consecutively with his sentence in cause number 867470. The judgment is reformed, and the cumulation portion of the judgment

is deleted. Based on our own independent review of the record, we find that Applicant's other grounds are without merit. These grounds are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 19, 2014
Do not publish